The Supreme Court docket number is SC 17345.

*Carey B. Reilly*, in support of the petition.

*Kevin M. Tepas*, in opposition.

Decided January 20, 2005

SAMMY SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Sammy Smith's petition for certification for appeal from the Appellate Court, 86 Conn. App. 163 (AC 24184), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided January 20, 2005